

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Dedrick Matthews

No. 06-19-00212-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the petition for writ of mandamus should be dismissed for want of jurisdiction. Therefore, we dismiss the petition.

RENDERED OCTOBER 25, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk